# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Diana Marie Moore**,**<br><br>　　　　Defendant. | Case No.: CR-23-0040-PHX-SMB<br><br>**ORDER RE MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Upon motion of the defendant, Diana Marie Moore, Assistant United States Attorney Aron J. Ketchel having no objection, Pretrial Services Officer Rebecca Tieche having no objection, and good cause appearing therefore,

**IT IS HEREBY ORDERED** granting the Request to Modify Conditions of Pretrial Release to allow Defendant, Diana Marie Moore, to have contact with her estranged husband, Kenneth Harrison, **only** at necessary court proceedings related to the divorce. Defendant is not allowed to have any other contact with her estranged husband, Kenneth Harrison.

　Dated this 4th day of October, 2023.

_____
Honorable Susan M. Brnovich
United States District Judge

1